O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ANTHONY ABEYTA,            )        CASE NO. ED CV 09-02244 RSWL (RZ)
                                   )
                    Petitioner,    )
                                   )        JUDGMENT
            vs.                    )
                                   )
WARDEN QUINTANA,                   )
                                   )
                    Respondent.    )
_____   )

      This matter came before the Court on the Petition of MICHAEL ANTHONY ABEYTA, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: January 26, 2010

RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE